FILED
2017 Sep-07  PM 02:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **PATRICK NOONEY,** an individual;  )<br>)<br>)<br>**Plaintiff,**  )<br>)<br>vs.  )<br>)<br>**TAYLOR PALLETS AND RECYCLING,** a corporation;  )<br>**MARTIN PAZ-PLATA,** an individual;  )<br>)<br>**Defendants.**  )<br>) | Case No._____<br><br><br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

**COMES NOW** the Plaintiff, PATRICK NOONEY, and for his Complaint against the Defendants, TAYLOR PALLETS AND RECYCLING and MARTIN PAZ-PLATA, shows unto the Court the following:

### I.   PARTIES, JURISDICTION, AND VENUE

1.  Plaintiff, Patrick Nooney, is and was a resident and citizen of the State of Alabama at all material times referred to herein.

2.  Based upon information and belief, Taylor Pallets and Recycling is and was a foreign corporation with its principal place of business in Anderson, South Carolina.

3.  Based upon information and belief, Defendant Martin Paz-Plata is and was a resident and citizen of the State of Georgia at all material times referred to herein.

4.  The events forming the basis of this lawsuit occurred in Talladega County, Alabama located in the Eastern Division of the Northern District of Alabama.

5. Subject matter jurisdiction exists in this Court pursuant to 28 U.S.C. § 1332 in that complete diversity exists amongst the Plaintiffs and Defendants and the amount in controversy exceeds the sum of $75,000.00.

## II. FACTS

6. On January 7, 2016, Plaintiff Patrick Nooney was traveling westbound on I-20 in Talladega County, Alabama.

7. Defendant Martin Paz-Plata, who was driving a bobtail tractor, was also traveling westbound on I-20.

8. Defendant Martin Paz-Plata's was driving erratically and as a result of his negligent maneuvers, a collision occurred between the Defendant, the Plaintiff, and a third vehicle.

9. At all times material to this action, Defendant Paz-Plata was an agent, servant, or employee of Taylor Pallets and Recycling and acting in the furtherance of his agency for Taylor Pallets and Recycling.

12. At all times material to this action, the tractor-trailer driven by Defendant Paz-Plata was owned by Taylor Pallets and Recycling.

## III. FIRST CAUSE OF ACTION
**(Defendant Martin Paz-Plata - Negligence, Recklessness, and/or Wantonness)**

13. The Plaintiff avers that all of his injuries and damages were proximately caused by the negligence, recklessness, and/or wantonness of Defendant Martin Paz-Plata.

14. The negligence, recklessness, and/or wantonness of Defendant Paz-Plata, includes, but is not limited to, the following specific acts:

    (a) Operating his vehicle at an excessive rate of speed given the posted limit and road conditions;

(b) Failing to keep a proper lookout ahead;

(c) Failing to maintain a proper "space cushion" between his vehicle and other traffic on the road;

(d) Failing to maintain proper control of his vehicle;

(e) Failing to signal his intentions to other drivers on the roadway;

(f) Making the conscious decision to take sudden actions that, given the existing conditions on the roadway, posed a grave and unreasonable risk of harm to other drivers on the roadway;

(f) Failing to comply with applicable motor carrier safety regulations; and

(g) Defendant was otherwise negligent, reckless, and/or wanton.

## IV. SECOND CAUSE OF ACTION
(Defendant Taylor Pallets and Recycling - *Respondeat Superior*)

15. The Plaintiff avers that all of his injuries and damages were proximately caused by the negligence, willfulness, recklessness, and/or wantonness of the Defendant, Taylor Pallets and Recycling, acting by and through its agent, servant, or employee, Martin Paz-Plata.

## V. THIRD CAUSE OF ACTION
(Defendant Taylor Pallets and Recycling - Negligence, Recklessness, and/or Wantonness)

16. The Plaintiff avers that all of his injuries and damages were proximately caused by the negligence, recklessness, and/or wantonness of the Defendant, Taylor Pallets and Recycling

17. The negligence, recklessness, and/or wantonness of the Defendant, Taylor Pallets and Recycling, includes, but is not limited to, the following specific acts:

(A) It failed to train its driver;

   (B)  It failed to supervise its driver;

   (C)  It retained its driver;

   (D)  It hired its driver;

   (E)  It entrusted its driver with a tractor-trailer;

   (F)  It was otherwise reckless, wanton, and negligent.

## VII. FIFTH CAUSE OF ACTION

20. Plaintiff avers that all of his injuries and damages were proximately caused by the combined and concurring negligence of each and all of the Defendants.

## VIII. DAMAGES

21. The Plaintiff avers that as a result of the Defendants' wantonness, recklessness, and negligence, the Plaintiff has suffered and seeks to recover for the following special injuries and damages:

   (a)  Past and future lost wages and benefits;

   (b)  Past and future medical expenses, including but not limited to four surgeries on the Plaintiff's neck and shoulder;

   (c)  Past and future physical pain and mental anguish;

   (d)  Permanent physical disability and disfigurement; and

   (e)  Inability to carry out and enjoy the usual and normal activities of life.

22. The Plaintiff seeks to recover a sum that will fairly and fully compensate him for his damages.  Because of the severity of his injuries, the Plaintiff expects such fair compensation to be well in excess of the jurisdictional minimums of this Court.

23. As a direct result of the willfulness, wantonness, and recklessness of the actions of

one or both Defendants, Plaintiff further seeks an award of punitive damages in a sum sufficient to punish and deter the conduct of one or both Defendants. Plaintiff seeks punitive damages in an amount that is determined to be reasonable and fair by a jury of Plaintiff's peers.

## IX. JURY DEMAND

24. Plaintiff requests a trial by struck jury.

Respectfully submitted,

**/s/ Stephanie Emens Balzli**
Stephanie Emens Balzli
ASB-0422-T50E
Attorney for Plaintiff

**OF COUNSEL:**
**SHUNNARAH INJURY ATTORNEYS, PC**
3626 Clairmont Ave. South
Birmingham, AL 35222
Phone: (205) 983-8150
Fax: (205) 983-8450
sbalzli@asilpc.com

**DEFENDANTS TO BE SERVED VIA CERTIFIED MAIL AS FOLLOWS:**

**Taylor Pallets and Recycling**
**3571 Abbeville Highway**
**Anderson, SC 39624**

**Martin Paz-Plata**
**951 Brighton Drive**
**Lawrenceville, GA 30043**